IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re Application of CTS Research, Inc. for an Order Directing Discovery from Comcast Corporation Pursuant to 28 U.S.C. § 1782** | Misc. No. 25-0046 |

## ORDER

**AND NOW**, this 2nd day of October 2025, upon consideration of CTS Research, Inc.'s Application for an Order Directing Discovery (ECF No. 1), it is hereby **ORDERED** that the application is **DENIED** for the reasons stated in the accompanying memorandum.

BY THE COURT:

_____
MARY KAY COSTELLO
United States District Judge